IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| ERVIN LEE MCFERRIN | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:17-CV-190 |
| EMMA GLENN, *et al.*, | § | |

MEMORANDUM OPINION AND ORDER ADOPTING THE
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Ervin Lee McFerrin, an inmate formerly confined at the Mark Stiles Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendants Emma Glenn, Mark Barber, Brendan Dunlap and Daniel Gideon.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this civil rights action be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (docket entry no. 25).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in this case

---

[1] A copy of the Report and Recommendation sent to plaintiff was returned with the notation "RTS discharged" on February 25, 2020 (docket entry no. 26).

in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 17 day of **March, 2020.**

_____
Thad Heartfield
United States District Judge